IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.  CASE NO: 1:20CR254

JIN HORNG HONG,  Hon. Anthony J. Trenga
      Defendant.

**NOTICE OF ATTORNEY APPEARANCE**

PLEASE TAKE NOTICE that Gregory E. Stambaugh hereby enters his appearance as counsel for the Defendant, JIN HORNG HONG, in the above referenced matter.

      Respectfully submitted,

      Jin Horng Hong
      By Counsel

      _____/s/_____
      Gregory E. Stambaugh
      VSB # 16089
      Counsel for Defendant
      Law Office of Gregory E. Stambaugh
      9100 Church Street, Ste 103
      Manassas, VA 20110
      Phone: (703) 331-0220 Fax: (703) 331-3588
      gregslaw@verizon.net'

**CERTIFICATE OF SERVICE**

    I certify that a true and accurate copy of the foregoing was electronically filed and served via the Court's CM/ECF system to all counsel of record including counsel for the Government this 16th day of November, 2020.

      _____/s/_____
      Gregory E. Stambaugh