IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | |
| ) | Case No. 1:20-cr-00254-AJT-1 |
| JIN HORNG HONG, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### VIDEO CONFERENCING ORDER FOR FELONY PLEA HEARING

In accordance with 2:20-mc-7 and E.D. Va. General Orders 2020-09 and 2020-21, this Court finds that the Defendant, after consultation with counsel, has consented to the use of video conferencing to conduct the felony plea hearing to be held on Friday, November 20, 2020 at 9:15 a.m. *See* Attached. As stated in E.D. Va. General Order 2020-21, felony pleas "cannot be conducted exclusively in person in this District without seriously jeopardizing public health and safety." Additionally, as contemplated by § 15002(b)(2) of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. No. 116-136, the Court finds that such proceeding could not be further delayed without serious harm to the interests of justice.[1] Accordingly, it is hereby

ORDERED that the felony plea hearing to be held in this matter on Friday, November 20, 2020 at 9:15 a.m. may be conducted by Zoom video teleconferencing.

The Clerk is directed to forward copies of this Order to all counsel of record.

/s/
Anthony J. Trenga
United States District Judge

Alexandria, Virginia
November 16, 2020

---

[1] Further, pursuant to E.D. Va. General Order 2020-16, the Court will "continue to use video- and tele-conferencing to the greatest extent possible" for criminal hearings authorized by the CARES Act.

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.  Case No: 1:20CR254

JIN HORNG HONG,
      Defendant.

### CONSENT TO APPEAR BY VIDEO TELECONFERENCE OR TELEPHONE CONFERENCE

I, JIN HORNG HONG, understand that under the Federal Rule of Criminal Procedure 43 and the United States Constitution I have the right to be present in open court for the below listed proceedings in any criminal case. After consulting with counsel, I hereby consent to appear by video teleconference or by telephone conference for the below listed marked proceedings:

\_\_\_\_ Initial appearance      \_\_\_\_ Rule 40 appearance

\_\_\_\_ arraignment      \_\_\_\_ misdemeanor plea & sentencing

\_\_\_\_ detention hearing      **X** felony plea

\_\_\_\_ preliminary hearing      \_\_\_\_ felony sentencing

**X** waiver of indictment      \_\_\_\_ probation/supervised release revocation proceedings including pretrial release

\_\_\_\_ other

Defendant: [signature]      Defense Counsel:

Date: 11/15/2020