# UNITED STATES DISTRICT COURT
# REMOTE SENTENCING MINUTES

Date: **4/7/2021**  
Time: **10:32-10:52**

Case No.: **1:20-CR-254**  
Judge: **Hon. Anthony J. Trenga**  
Reporter: **Rhonda Montgomery**  
Deputy Clerk: **Dani Zirk**  
Interpreter:  
Language:

**UNITED STATES of AMERICA**

V.

**JIN HORNG HONG**

Counsel for Defendant  
**Gregory Stambaugh**

Counsel for Government  
**Viviana Vasiu**  
**William Fitzpatrick**

**Parties appeared:**
[ ] In person          [ ] Through VTC          [X] Via Zoom

Court adopts PSI (**X**) without exceptions ( ) with exceptions: **Govt. has no objections to the PSIR. No objections to the PSIR by the Deft.**

**SENTENCING GUIDELINES** :  
Offense Level: **14**  
Criminal History: **II**  
Imprisonment Range: **18** to **24** months  
Supervised Probation: Ineligible  
Supervised Release: **1** to **3** years  
Fine Range: $**7,500** to **$75,000**  
Restitution $**42,557.92**  
Special Assessment: **$100**

**JUDGMENT OF THE COURT:**  
BOP for a term of **7** months.  
Supervised Release for a total of **3** years, with special conditions.  
Supervised Probation for ___ months, with special conditions.  
Fine Imposed of $___ due and payable immediately.  
Restitution of $**42,557.92**  
Special Assessment **$100**  
(**X**) Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
- **X**  Upon completion of his sentence, the defendant is to be surrendered to a duly authorized immigration official of the Department of Homeland Security Bureau of Immigration and Customs Enforcement for deportation, in accordance with established procedures provided by the Immigration and Naturalization Act, 8 U.S.C. § 1101, et seq.
- **X**  If ordered deported, the defendant shall remain outside of the United State and not return without the express written consent of the United States Attorney General and the Secretary of the Department of Homeland Security.
- **X**  The defendant must remain drug free and submit to mandatory drug testing. The defendant must satisfactorily participate in, and complete, any inpatient or outpatient substance abuse treatment program as directed by the probation officer.
- **X**  The defendant shall apply all monies received from income tax refunds, lottery winnings, inheritances, judgments, and any anticipated or unexpected financial gains, to the outstanding court-ordered financial obligation, or in a lesser amount to be determined by the court, upon the recommendation of the probation officer.
- **X**  The defendant shall not incur new credit charges or open additional lines of credit without the approval of the probation officer.
- **X**  The defendant shall provide the probation officer access to any requested financial information.

__X__   The defendant is ordered to pay restitution in the amount of $42,557.92, due and payable immediately. In the event an unpaid balance remains at the time of his release, the defendant is ordered to pay restitution in equal monthly installments of $150, said payments to begin within 60 days of his release and continuing until paid in full.

**RECOMMENDATIONS to BOP**:
  ____   Dft. to be designated to a facility located near the <u>Washington D.C. Metropolitan Area,</u> if available and appropriate
  ____   Dft. designated to facility to participate in ICC (Boot Camp) type program
  ____   Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: (  )  Remanded    (**X**)  Cont'd on Bond    (  ) Referred to USPO    (**X**) Self-surrender