IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>v. )<br>)<br>JIN HORNG HONG, )<br>)<br>Defendant. )<br>) | Case No. 1:20-cr-00254-AJT-1 |

**ORDER**

It is hereby

ORDERED that the status conference currently scheduled for Wednesday, March 9, 2022 at 9:00 a.m. be, and the same hereby is, CONTINUED to Friday, March 25, 2022 at 9:00 a.m.

Alexandria, Virginia
February 28, 2022

Anthony J. Trenga
United States District Judge