# UNITED STATES DISTRICT COURT
# STATUS CONFERENCE MINUTES

Date: **3/25/2022**  Judge: Hon. Anthony J. Trenga
Time: **9:11 – 9:13**  Reporter: Stephanie Austin
  Deputy Clerk: Dani Zirk
  Interpreter:

Case Number: **1:20-CR-254**

**UNITED STATES OF AMERICA**

vs.

**JIN HORNG HONG**    **X** Present    ___ Not Present

| Counsel for Defendant | Counsel for Government |
|---|---|
| **Gregory Stambaugh** | **Christopher Hood** |

PROCEEDINGS:

This matter came on for a Status Conference. Additional Status Conference set for 9/7/2022 at 9:00 a.m.